**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dwight GILLESPIE, Petitioner**

**No. 135 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Joseph Michael ARLOTT, Petitioner**

**No. 129 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Kevin James FOLEY, Petitioner**

**No. 125 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.